**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Juan Michael Ramirez, Petitioner,

v.

Progressive Northern Insurance Company, Respondent.

Appellate Case No. 2016-002312

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

Appeal From Laurens County
R. Lawton McIntosh, Circuit Court Judge

Memorandum Opinion No. 2018-MO-024
Heard May 24, 2018 – Filed June 6, 2018

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Edwin L. Turnage, of Harris & Graves, PA, of Greenville, for Petitioner.

John R. Murphy, of Murphy & Grantland, PA, of Columbia, for Respondent.

**PER CURIAM:** We granted Juan Ramirez's petition for a writ of certiorari to review the decision of the Court of Appeals in *Ramirez* v. *Progressive N. Ins. Co.*, Op. No. 2016-UP-280 (S.C. Ct. App. filed June 8, 2016). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**